IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RONNIE JACKSON,<br>Institutional ID No. 02411339<br><br>Plaintiff,<br><br>v.<br><br>TDCJ JOHN MIDDLETON UNIT, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § § | Civil Action No. 1:23-CV-00093-BU |

## **JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Ronnie Jackson's Complaint, and all claims alleged therein, are DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and failure to prosecute.

ENTERED this 22nd day of May 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1