IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RONNIE JACKSON, Institutional ID No. 02411339 | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:23-CV-00093-BU |
| TDCJ JOHN MIDDLETON UNIT, *et al.*, | § § § | |
| Defendants. | § § § § | |

## **JUDGMENT**

In accordance with Rule 54(b) of the Federal Rules of Civil Procedure and the Order of Partial Dismissal issued this same day, the Court finds there is no just reason for delay and enters judgment that Plaintiff Ronnie Jackson's:

(1) Claims against the Texas Department of Criminal Justice are DISMISSED because they seek relief from a defendant immune from such relief and therefore are frivolous, 28 U.S.C. §§ 1915(e)(2)(B)(i), (iii) and 1915A(b)(1)–(2); and

(2) Claims against the individual Defendants in their official capacities are DISMISSED because they are frivolous and seek relief from a defendant immune from such relief, 28 U.S.C. §§ 1915(e)(2)(B)(i), (iii) and 1915A(b)(1)–(2).

ENTERED this 9th day of August 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE