UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RONNIE JACKSON,
Institutional ID No. 02411339

          Plaintiff,

v.

CHIMDI AKWITTI, et al.,

          Defendants.

No. 1:23-CV-00093-H

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

    The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Dkt. No. 39. No objections were filed, and the time to do so has passed. Specifically, the Magistrate Judge recommends that the Court grant Defendants Chimdi Akwitti and Phillip McCain's motion for summary judgment based on qualified immunity and deny Plaintiff's motion for summary judgment. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

    The Court therefore orders:

    1.    Defendants Chimdi Akwitti and Phillip McCain's Motion for Summary Judgment based on qualified immunity is granted, Dkt. No. 33, and Plaintiff's complaint and his claims against Defendants Akwitti and McCain are dismissed with prejudice.

    2.    Plaintiff's motion for summary judgment, Dkt. No. 37, is denied.

3. Dismissal of this action does not release Plaintiff or the institution where he is incarcerated from the obligation to pay any filing fee previously imposed. *See Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997).

4. All relief not expressly granted is denied, and any pending motions are denied.

5. Plaintiff is advised that if he appeals this order, he will be required to pay the appeal fee of $605.00 pursuant to the PLRA, and he must submit an application to proceed *in forma pauperis* and a six-month certificate of inmate trust account at the same time he files his notice of appeal.

The Court will enter judgment accordingly.

So ordered.

Dated December 29, 2025.

JAMES WESLEY HENDRIX
United States District Judge